IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH D. WILLIAMS, | § | |
| | § | |
| Defendant Below, | § | No. 29, 2018 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 9809018249 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 6, 2018
Decided: May 7, 2018

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

The Court has considered carefully the opening brief, the motion to affirm, and the record on appeal. We conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned decision dated December 21, 2017. The Superior Court did not err in concluding that Williams' second motion for postconviction relief was procedurally barred and did not satisfy the pleading requirements of Superior Court Criminal Rule 61(i)(5) and (d)(2).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice